# United States Court of Appeals
## For the Eighth Circuit

_____

No. 22-3632

_____

Charles L. Burgett

*Plaintiff - Appellant*

v.

Kilolo Kijakazi, Acting Commissioner, Social Security Administration

*Defendant - Appellee*

_____

Appeal from United States District Court
for the Western District of Missouri - Kansas City

_____

Submitted: July 26, 2023
Filed: August 1, 2023
[Unpublished]

_____

Before COLLOTON, SHEPHERD, and KOBES, Circuit Judges.

_____

PER CURIAM.

Charles Burgett appeals following the district court's[1] adverse grant of summary judgment in his pro se employment discrimination action. Upon careful

_____

[1]The Honorable David Gregory Kays, United States District Judge for the Western District of Missouri.

review of the record and the parties' arguments, we conclude that the grant of summary judgment was proper for the reasons stated by the district court. See Said v. Mayo Clinic, 44 F.4th 1142, 1147 (8th Cir. 2022) (de novo review of grant of summary judgment). We find no abuse of discretion in the district court's denial of Burgett's Fed. R. Civ. P. 59(e) motion. See Schoffstall v. Henderson, 223 F.3d 818, 827 (8th Cir. 2000) (standard of review).

The judgment is affirmed. See 8th Cir. R. 47B.

_____